**Camille J. Kassar, Esquire**
**Law Offices of Camille J. Kassar, LLC**
**271 Route 46 West**
**Suite C-102**
**Fairfield, NJ 07004**
**973-227-3296**
**Fax:973-860-2448**
**Email:ckassar@locklawyers.com**

Order Filed on September 29, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____
IN THE UNITED STATES BANKRUPTCY    :
COURT DISTRICT OF NEW JERSEY        :
                                    : CHAPTER 13 CASE
IN RE:                              :
    Jonothan Foreman                :
                                    : CASE NO. 22-16089 VFP
                                    :
                                    :
                                    : JUDGE  Papalia
                                    :
                                    :
DEBTOR :                            : HEARING DATE:
_____

**ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: September 29, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion to Extend the Automatic Stay named above filed by the debtor; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this Motion ; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this Motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said Motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtors in his Motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtor has established good and sufficient cause to grant said relief; now, therefore, it is

**ORDERED** That the Debtor's Motion to Extend the Automatic Stay (the "Motion") as to the Real Property located at 24 Mountain Avenue, West Orange, NJ and as to all of the debtor's personal property is hereby granted as set forth in this Order and that the Automatic Stay is extended as to all creditors served with the Motion and this Order; and it is further

**ORDERED** that the Debtor's counsel shall serve a copy of this Order upon all parties served with the Motion and any other party that has appeared in this case within three (3) business days of its entry. .