**Camille J. Kassar, Esquire**
**Law Offices of Camille J. Kassar, LLC**
**271 Route 46 West**
**Suite C-102**
**Fairfield, NJ 07004**
**973-227-3296**
**Fax:973-860-2448**
**Email:ckassar@locklawyers.com**

**Order Filed on September 29, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

_____

<u>IN THE UNITED STATES BANKRUPTCY</u>    :
COURT DISTRICT OF NEW JERSEY           :
                                        : CHAPTER 13 CASE
IN RE:                                  :
    Jonothan Foreman                    :
                                        : CASE NO. 22-16089 VFP
                                        :
                                        :
                                        : JUDGE  Papalia
                                        :
                                        :
DEBTOR :                                : HEARING DATE:

_____

**ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through    2   
is hereby **ORDERED**.

**DATED: September 29, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion to Extend the Automatic Stay named above filed by the debtor; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this Motion ; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this Motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said Motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtors in his Motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtor has established good and sufficient cause to grant said relief; now, therefore, it is

**ORDERED** That the Debtor's Motion to Extend the Automatic Stay (the "Motion") as to the Real Property located at 24 Mountain Avenue, West Orange, NJ and as to all of the debtor's personal property is hereby granted as set forth in this Order and that the Automatic Stay is extended as to all creditors served with the Motion and this Order; and it is further

**ORDERED** that the Debtor's counsel shall serve a copy of this Order upon all parties served with the Motion and any other party that has appeared in this case within three (3) business days of its entry. .

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16089-VFP |
| Jonothan Foreman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 29, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

**Recip ID      Recipient Name and Address**
db      + Jonothan Foreman, 24 Mountain Avenue, West Orange, NJ 07052-5033

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2022          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Camille J Kassar
     on behalf of Debtor Jonothan Foreman ckassar@locklawyers.com
     bbkconsultantllc@gmail.com,tdell@locklawyers.com,ckassar@locklawyers.com,kassarcr75337@notify.bestcase.com

Denise E. Carlon
     on behalf of Creditor Deutsche Bank National Trust Company as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
     magecf@magtrustee.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4