UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar

Law Offices of Camille J. Kassar

271 Route 46 West

Suite C-102

Fairfield, NJ 07004

In Re:

Jonothan Foreman

Order Filed on January 5, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-16089

Chapter: 13

Judge: VFP

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 5, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  8/31/2022   :

Property:   24 Mountain Avenue, West Orange, NJ 07052

Creditor:   SLS

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by the debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  March 30, 2023  .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*