CAMILLE J KASSAR
LAW OFFICES OF CAMILLE KASSAR, LLC
271 ROUTE 46 WEST
SUITE C-102
FAIRFIELD, NJ  07004

Re: JONOTHAN FOREMAN
24 MOUNTAIN AVENUE
WEST ORANGE, NJ  07052

Atty: CAMILLE J KASSAR
LAW OFFICES OF CAMILLE KASSAR, LLC
271 ROUTE 46 WEST
SUITE C-102
FAIRFIELD, NJ  07004

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 22-16089

### RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/27/2022 | $200.00 | 8730664000 | 10/20/2022 | $200.00 | 8778003000 |
| 12/01/2022 | $200.00 | 8856413000 | 01/03/2023 | $200.00 | 8912064000 |

**Total Receipts: $800.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $800.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 40.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 734.20 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 188,484.13 | 100.00% | 0.00 | 0.00 |
| 0004 | TRAF GROUP INC/A-1 COLLECTIONS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 1,279.74 | 0.00% | 0.00 | 0.00 |
| 0008 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | TRAF GROUP INC/A-1 COLLECTIONS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | TRAF GROUP INC/A-1 COLLECTIONS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid: $40.00**
See Summary

**Chapter 13 Case # 22-16089**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $800.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $40.00    =    Funds on Hand: $760.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.