LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
Formed in the State of PA
Regina Cohen
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106
Tel: (215) 351-7551
Fax: (215) 627-2551
E-mail: RCohen@lavin-law.com
Attorney for Movant

**ATTORNEY FOR MOVANT: ALLY CAPITAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
*NEWARK DIVISION*

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-16089-VFP |
| | § | |
| JONOTHAN FOREMAN, Debtor | § | CHAPTER 13 |
| | § | |
| | § | Hearing date: February 16, 2023@10:00 A.M. |
| | § | |
| | § | **NOTICE OF MOTION TO VACATE AUTOMATIC STAY WITH WAIVER OF RULE 4001(a)(3)** |

TO:

Camille J Kassar
271 Route 46 West, Suite C-102
Fairfield, NJ 07004

Jonothan Foreman
24 Mountain Avenue
West Orange, NJ 07052

Marie-Ann Greenberg
30 Two Bridges Rd, Suite 330
Fairfield, NJ 07004
magecf@magtrustee.com

U.S. TRUSTEE
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov

PLEASE TAKE NOTICE that on **Thursday, February 16, 2023 at 10:00 A.M.**, or as soon as the matter may be heard, the undersigned, attorneys for Secured Creditor **Ally Capital** its assignees and/or successors in interest, will move before the Honorable Vincent F. Papalia of the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 for the entry of an *Order Vacating the Automatic Stay* with respect to Debtor's 2011 Mercedes-Benz GL-Class Utility 4D GL550 4WD 5.5L V8, V.I.N. 4JGBF8GE3BA738682, and allowing Ally Capital to continue or institute a repossession action, by reason of the Debtor's failure to make regular monthly payments to Ally Capital.

                                                          Respectfully Submitted,

                                                          Lavin, Cedrone, Graver, Boyd & DiSipio
                                                          Attorney for Movant

Dated : January 24, 2023

                                                          */s/ Regina Cohen*
                                                          **Regina Cohen**