CAMILLE J KASSAR
LAW OFFICES OF CAMILLE KASSAR, LLC
35 NORTHWEST STREET
LINCOLN PARK, NJ  07035

Re:  JONOTHAN FOREMAN  
24 MOUNTAIN AVENUE  
WEST ORANGE,  NJ  07052

Atty:  CAMILLE J KASSAR  
LAW OFFICES OF CAMILLE KASSAR, LLC  
35 NORTHWEST STREET  
LINCOLN PARK, NJ  07035

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 22-16089

### RECEIPTS AS OF 01/01/2024          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/27/2022 | $200.00 | 8730664000 | 10/20/2022 | $200.00 | 8778003000 |
| 12/01/2022 | $200.00 | 8856413000 | 01/03/2023 | $200.00 | 8912064000 |
| 02/01/2023 | $200.00 | 8969899000 | 03/01/2023 | $200.00 | 9027533000 |
| 04/03/2023 | $200.00 | 9084435000 | 05/01/2023 | $200.00 | 9140251000 |
| 06/01/2023 | $200.00 | 9195083000 | 07/03/2023 | $200.00 | 9253793000 |
| 07/31/2023 | $227.00 | 9301705000 | 09/01/2023 | $227.00 | 9355166000 |
| 10/02/2023 | $227.00 | 9410763000 | 11/01/2023 | $227.00 | 9458153000 |
| 12/04/2023 | $227.00 | 9510669000 | | | |

**Total Receipts: $3,135.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $3,135.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024          (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ALLY CAPITAL | | | | | | |
| | 12/11/2023 | $5.41 | 920,455 | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 07/17/2023 | $367.82 | 912,685 | 08/14/2023 | $186.02 | 914,215 |
| | 09/18/2023 | $211.14 | 915,695 | 10/16/2023 | $211.13 | 917,217 |
| | 11/13/2023 | $207.75 | 918,643 | 12/11/2023 | $207.75 | 920,079 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 214.16 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,331.25 | 100.00% | 1,331.25 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 734.20 | 100.00% | 5.41 | 728.79 |
| 0002 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 188,484.13 | 100.00% | 1,599.36 | 186,884.77 |
| 0004 | TRAF GROUP INC/A-1 COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0007 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 1,279.74 | 100.00% | 0.00 | 1,279.74 |
| 0008 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | TRAF GROUP INC/A-1 COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | TRAF GROUP INC/A-1 COLLECTIONS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | ALLY CAPITAL | (NEW) Auto Agreed | 257.23 | 100.00% | 0.00 | 257.23 |

**Total Paid: $3,150.18**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $3,135.00      -      Paid to Claims: $1,604.77      -      Admin Costs Paid: $1,545.41      =      Funds on Hand: $211.82

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.