**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

Camille J. Kassar
Law Offices of Camille Kassar, LLC
35 Northwest Street
Lincoln Park, NJ 07035
973-879-6351
Fax:973-860-2448

In Re:
Jonothan Foreman

Order Filed on September 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number: 22-16089
Hearing Date:
Judge: VFP
Chapter: 13

Recommended Local Form:  ☐ Followed   ☒ Modified

# ORDER EXTENDING TIME TO FILE MOTION TO REINSTATE STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: September 16, 2024

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file Motion to Extend or Reinstate the Stay, and notice having been given, and for good cause shown, it is

ORDERED that the debtor's request is:

☒   Granted.  The deadline to file the Motion to extend or reinstate the Stay is extended to September 23, 2024.

*rev.8/1/15*