UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar
Law Offices of Camille J. Kassar
35 Northwest Street
Lincoln Park, NJ 07035
973-879-6351
Fax:973-860-2448
Attorney for Debtor

Order Filed on October 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Jonothan Foreman

| | |
|---|---|
| Case Number: | 22-16089 |
| Hearing Date: | 10/17/2024 |
| Judge: | VFP |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 21, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter having been presented to the Court by _____the Debtor_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*