| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>    JONOTHAN FOREMAN |

Order Filed on April 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  22-16089

Hearing Date:  04/03/2025

Judge:  VINCENT F. PAPALIA

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: April 7, 2025

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Debtor(s): JONOTHAN FOREMAN

Case No.: 22-16089VFP

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 04/03/2025 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 4/3/2025 of the plan filed on 02/03/2025, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 04/17/2025 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.