Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−16089−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jonothan Foreman
    24 Mountain Avenue
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−7013

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/23/25.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 23, 2025
JAN: mcp

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 22-16089-VFP

Jonothan Foreman                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: 148 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonothan Foreman, 24 Mountain Avenue, West Orange, NJ 07052-5033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2025 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2025 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Apr 24 2025 01:12:00 | AIS Portfolio Services, LLC, Attn: Ally Capital De, 4515 N. Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Apr 24 2025 01:12:00 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519677080 | + | EDI: AISACG.COM | Apr 24 2025 01:12:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519732847 | + | EDI: AISACG.COM | Apr 24 2025 01:12:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519672640 | + | EDI: GMACFS.COM | Apr 24 2025 01:06:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519672641 | + | EDI: CAPITALONE.COM | Apr 24 2025 01:12:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519728835 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 23 2025 21:41:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519675998 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2025 21:43:56 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519672643 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 23 2025 21:41:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519672644 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Apr 23 2025 21:40:00 | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |

TOTAL: 12

# BYPASSED RECIPIENTS

District/off: 0312-2                              User: admin                              Page 2 of 2

Date Rcvd: Apr 23, 2025                          Form ID: 148                             Total Noticed: 13

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519672642 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519672645 | *+ | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 519672646 | *+ | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Camille J Kassar | on behalf of Debtor Jonothan Foreman bbkconsultantllc@gmail.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com  mmalone@lavin-law.com |
| Sherri R. Dicks | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3 sdicks@raslg.com, shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6